**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LUIS COLONTORRES,** *on behalf of himself and all other similarly situated consumers*

                                         **Plaintiff,**

                  v.                                                  5:18-cv-35 (FJS/TWD)

**MIDLAND CREDIT MANAGEMENT, INC.,**

                                         **Defendant.**
_____

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

Plaintiff's counsel has advised the Court that the parties have settled or are in the process of settling this action. *See* Dkt. No. 13. A review of the Court's docket indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.2(a), the Court hereby

**ORDERS** that the above-captioned action is dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within thirty (30) days of the date of this Order if the settlement is not consummated. The parties must file any application to reopen this case within thirty (30) days of the date of this Order. The Court may summarily deny an application to reopen that a party files after the expiration of this thirty-day period solely on the basis of untimeliness, unless the Court extends this period prior to its expiration; and the Court further

**ORDERS** that, if the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement or submit the agreement to the Court for

incorporation of its terms into an Order retaining jurisdiction within the above-referenced thirty (30) day period for reopening this matter; and the Court further

**ORDERS** that the dismissal of the above-captioned **action shall become with prejudice on the thirty-first day following the date of this Order unless any party moves to reopen this case within thirty (30) days of the date of this Order** upon a showing that the settlement was not consummated, or the Court extends the thirty (30) day period prior to its expiration; and the Court further

**ORDERS** that a Notice of Voluntary Dismissal shall be filed within 30 days from the date of this order and further the Court

**ORDERS** that the Clerk of the Court shall close this case and serve a copy of this Order on the parties pursuant to the Court's Local Rules.

**IT IS SO ORDERED.**

Dated: March 19, 2018
　　　　Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge